**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 15 |
| METINVEST B.V.,[1] | Case No. 16-11424 (LSS) |
| Debtor in a Foreign Proceeding. | Re: D.I. 6, 14 |

**DECLARATION OF SERVICE**

I, Sunjeeve Patel, a director at Lucid Issuer Services Limited in its capacity as information agent (the "**Information Agent**") in connection with the scheme of arrangement under part 26 of the English Companies Act 2006 (the "**Scheme**")[2] with respect to Metinvest B.V., pursuant to 28 U.S.C. §1746, hereby declare as follows:

The Information Agent is a service provider operating in the field of debt securities communications, specialising in, amongst other things, bondholder identification and communications, consent solicitations, schemes of arrangement and consensual restructurings.

On June 9, 2016, pursuant to the *Order (I) Specifying Form And Manner Of Service Of Notice, (II) Scheduling Hearings, (III) Waiving The Litigation Party Disclosure Requirements Of Bankruptcy Rule 1007(A)(4), and (IV) Waiving the Claim Process Notice Requirements of Section 1514(c)* [D.I. 14], copies of the attached *Notice of Filing and of Hearing on Verified Petition Seeking Recognition of Foreign Proceeding and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code* (the "**Notice**") dated June 9, 2016, in the form provided to the Information Agent by Allen & Overy LLP, were (a) distributed to the Scheme Creditors through the Depository Trust Company, Euroclear and Clearstream Luxembourg

---

[1] The last four digits of the Metinvest B.V. United States Tax Identification Number are 3839. The address of the registered office of Metinvest B.V. is Nassaulaan 2A, 2514 JS, 'S-Gravenhage, The Netherlands.
[2] Capitalized terms used but not defined herein have the meanings assigned to them in the Scheme.

(together, the "**Clearing Systems**"), (b) made available to such creditors and other parties in interest on the Scheme Website (www.lucid-is.com/metinvest). The Notice was also posted as an announcement on the Irish Stock Exchange.

The Notice was sent by electronic mail on June 9, 2016 at approximately 9:20 p.m. (London time) to the Clearing Systems and accompanied by instructions to send the Notice directly to the account holders recorded as holding the Notes in an account with that Clearing System (the "**Account Holders**"). The Notice sent to the Account Holders included a message requesting all Account Holders that were not the beneficial holders of the Notes to distribute the Notice as soon as possible to the beneficial holders via electronic mail, internet, fax and/or post as appropriate.

I can confirm based on my experience that this represents the usual way of communicating with the beneficial holders of notes held in dematerialised form through the Clearing Systems.

I make this declaration from the facts and matters within my own knowledge and on the basis of documents and information provided to me by others. Where the facts and matters are within my own knowledge, I confirm that they are true. Where the facts and matters are derived from information provided to me by others, I confirm that they are true to the best of my knowledge and belief.

When in this statement, I refer to any task or process having been undertaken by the Information Agent, this means that it was either undertaken by me personally or an approved person of Lucid Issuer Services Limited in its capacity as Information Agent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 10, 2016
London, United Kingdom

_____
Sunjeeve Patel
As authorized signatory of
**Lucid Issuer Services Limited**
in its capacity as Information Agent

3

**<u>Attachment</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 15 |
| METINVEST B.V.,[1] | Case No. 16-11424 (LSS) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF FILING AND OF HEARING ON VERIFIED PETITION SEEKING
RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF PURSUANT TO
CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on June 8, 2016, Svitlana Romanova, the duly appointed foreign representative (the "**Foreign Representative**") of Metinvest B.V. (the "**Debtor**") in connection with a proceeding (the "**English Proceeding**") concerning a scheme of arrangement under part 26 of the English Companies Act 2006 (the "**Scheme**") currently pending before the High Court of Justice of England and Wales, filed a petition (the "**Petition**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") under chapter 15 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**") commencing a case ancillary to the English Proceeding and seeking (i) recognition of the English Proceeding as a "foreign nonmain proceeding" and (ii) enforcement of the Scheme in the United States.[2]

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled before the Honorable Laurie Selber Silverstein at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 for **June 30, 2016, at 2:00 p.m. (ET)**, to consider the Petition (the "**Recognition Hearing**"). Any objections or responses to the Petition must be made pursuant to the Bankruptcy Code and the Local and Federal Rules of Bankruptcy Procedure, including, without limitation, Rule 1011 of the Federal Rules of Bankruptcy Procedure, in writing and setting forth the basis therefor. Such objections or responses must be filed with the Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon counsel for the Foreign Representative so as to be received by **June 23, 2016 at 4:00 p.m. (ET)**. Notices to counsel for the Foreign Representative should be addressed to Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020, Attention: Daniel Guyder and Mark Nixdorf, and Young Conaway Stargatt & Taylor LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attention: Joseph M. Barry.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate telephonically at the Recognition Hearing must notify CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing, provided that if a party wishes to introduce evidence or examine any witness, that party must appear in person.

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses are timely filed and served as provided above, the Bankruptcy Court may grant the relief requested in the Petition without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court at such hearing of the adjourned date or dates of the hearing.

---

[1] The last four digits of the Metinvest B.V. United States Tax Identification Number are 3839. The address of the registered office of Metinvest B.V. is Nassaulaan 2A, 2514 JS, 'S-Gravenhage, The Netherlands.

[2] On January 13, 2016, the Debtor commenced a separate chapter 15 case in the Bankruptcy Court that was recognized as a foreign nonmain proceeding by the Bankruptcy Court on February 8, 2016 and is currently still pending. *See In re Metinvest B.V.*, Case No. 16-10105 (LSS) (Bankr. D. Del. Feb. 8, 2016) [D.I. 34].

**PLEASE TAKE FURTHER NOTICE** that there will not be a claims process in connection with the Scheme.

Copies of the Petition and other filings in these cases are presently available (1) on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at https://ecf.deb.uscourts.gov (a PACER login and a password are required to retrieve a document), and/or (2) upon written request to the Foreign Representative's counsel addressed to:

> Allen & Overy LLP
> 1221 Avenue of the Americas
> New York, New York 10020
> Telephone (212) 610-6300
> Facsimile (212) 610-6399
> Attention: Mark Nixdorf
> mark.nixdorf@allenovery.com

Dated: Wilmington, Delaware
June 9, 2016

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
By: */s/ Joseph M. Barry*
Joseph M. Barry (Del. Bar No. 4221)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone (302) 571-6600
Facsimile (302) 571-1253
jbarry@ycst.com

-and-

**ALLEN & OVERY LLP**
Daniel Guyder
Mark Nixdorf
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
daniel.guyder@allenovery.com
mark.nixdorf@allenovery.com

*Attorneys for the Foreign Representative of the Debtor*