**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* <br><br> METINVEST B.V.,[1] <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 16-11424 (LSS) |

**CERTIFICATION OF COUNSEL REGARDING
STATUS OF ENGLISH PROCEEDING**

On June 8, 2016, Svitlana Romanova, the duly appointed foreign representative (the "**Foreign Representative**") of Metinvest B.V. (the "**Debtor**"), a private limited liability company incorporated under the laws of the Netherlands, in connection with a proceeding (the "**English Proceeding**") concerning a scheme of arrangement (the "**Scheme**") under part 26 of the English Companies Act 2006 (as amended, the "**English Companies Act**") pending before the High Court of Justice of England and Wales (the "**High Court**"), commenced this chapter 15 case by filing the *Chapter 15 Petition for Recognition of Foreign Proceeding* [Dkt. No. 1] and supporting documents.

On June 30, 2016, this Court entered an *Order Granting Recognition and Related Relief* [Dkt. No. 24] thereby recognizing the English Proceeding as a "foreign nonmain proceeding" and giving full force and effect to the Scheme in the United States. The principal purpose of the Scheme was to provide a temporary moratorium (the "**Moratorium**") against creditor action in respect of certain notes (the "**Notes**") issued by the Debtor through September 30, 2016 to provide the Debtor with the stability necessary to document and implement a comprehensive restructuring of its indebtedness (as set forth in a non-binding heads of terms which was appended to the Scheme) and preserve operations for the benefit of all stakeholders. By its terms, the Scheme provided for extension of the Moratorium to an outside date of November 30, 2016 upon the submission of a

---

[1] The last four digits of the Metinvest B.V. United States Tax Identification Number are 3839. The address of the registered office of Metinvest B.V. is Nassaulaan 2A, 2514 JS, 'S-Gravenhage, The Netherlands.

notice (the "**Extension Notice**") by holders representing at least 50.01% of the aggregate outstanding principal amount of the Notes at any time while the Scheme is in effect.

The Debtor anticipates that the documentation and implementation process for the proposed restructuring will be completed prior to November 30, 2016 but not prior to September 30, 2016. Accordingly, on September 28, 2016 holders representing at least 50.01% of the aggregate outstanding principal amount of the Notes delivered an Extension Notice to the Debtor thereby extending the Moratorium through November 30, 2016 to provide the Debtor with the requisite time to finalize the documentation for and implementation of the proposed restructuring.

To implement such proposed restructuring, the Debtor intends to commence a new scheme of arrangement under the English Companies Act (the "**Restructuring Implementation Scheme**"). In connection with the Restructuring Implementation Scheme, and to give effect thereto in the United States, it is anticipated that the Foreign Representative will (again) commence a new case under chapter 15 of the Bankruptcy Code by filing a new petition for recognition and related relief in this Court and move to close this case. For the avoidance of doubt, the Restructuring Implementation Scheme would be considered a new scheme of arrangement and proceeding under the English Companies Act, rather than an extension of the Scheme that is the subject of the above-captioned chapter 15 case.

We will continue to provide updates regarding any further substantive developments in the Scheme and English proceeding prior to the commencement of any new chapter 15 case in connection with recognition and enforcement in the United States of any proposed Restructuring Implementation Scheme.

Dated: Wilmington, Delaware
September 29, 2016

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By: */s/ Joseph M. Barry*
Joseph M. Barry (Del. Bar No. 4221)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone (302) 571-6600
Facsimile (302) 571-1253
jbarry@ycst.com

-and-

**ALLEN & OVERY LLP**
Daniel Guyder
Mark Nixdorf
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
daniel.guyder@allenovery.com
mark.nixdorf@allenovery.com

*Attorneys for the Foreign Representative*